UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KARIN DUDZIENSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 3813 |
| | ) | |
| BCBG MAX AZRIA GROUP, INC. d/b/a | ) | Judge Milton I. Shadur |
| BCBG Max Azria, BCBG MAX AZRIA | ) | |
| HOLDINGS, INC. d/b/a BCBG Max Azria, | ) | Magistrate Judge Morton Denlow |
| BCBG MAX AZRIA INTERNATIONAL | ) | |
| HOLDINGS, INC. d/b/a BCBG Max Azria, | ) | |
| and DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to General Rule 83.14 of the U.S. District Court for the Northern District of Illinois, Kristen E. Hudson petitions this Court to admit Scott J. Ferrell, Scot D. Wilson, and Rafik Mattar pro hac vice to represent Defendants BCBG Max Azria Group, Inc., BCBG Max Azria Holdings, Inc., and BCBG Max Azria International Holdings, Inc. in the above-captioned matter. In support thereof, Petitioner states as follows:

1.  As explained in his Application for Leave to Appear Pro Hac Vice (attached as Exhibit A), Scott J. Ferrell is a member in good standing of the California State Bar and eligible to practice before United States District Courts for the Central District and Eastern District of California, the Northern District of Oklahoma, and the Eastern District of Texas.

2.  As explained in his Application for Leave to Appear Pro Hac Vice (attached as Exhibit B), Scot D. Wilson is a member in good standing of the California State Bar and eligible to practice before United States District Courts for the Central District, Eastern District, and Southern District of California, and the Supreme Court of California.

      3.      As explained in his Application for Leave to Appear Pro Hac Vice (attached as Exhibit C), Rafik Mattar is a member in good standing of the California State Bar and eligible to practice before United States District Courts for the Central District, Eastern District, and Southern District of California, and the Eastern District of Pennsylvania.

      4.      Jennifer A. Waters and Kristen E. Hudson of Schopf & Weiss LLP have been designated as and appeared as local counsel on behalf of Defendants BCBG Max Azria Group, Inc., BCBG Max Azria Holdings, Inc., and BCBG Max Azria International Holdings, Inc.

      WHEREFORE, Petitioner requests that this Court admit Scott J. Ferrell, Scot D. Wilson, and Rafik Mattar pro hac vice to represent Defendants BCBG Max Azria Group, Inc., BCBG Max Azria Holdings, Inc., and BCBG Max Azria International Holdings, Inc. in the above-captioned matter.

Dated: August 17, 2007                              Respectfully submitted,

                                                    /s Kristen E. Hudson
                                                    Local Counsel for Defendants

Jennifer A. Waters – ARDC#6277321
Kristen E. Hudson – ARDC#6281191
Schopf & Weiss LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606
Telephone:   312.701.9300
Facsimile:   312.701.9335

**CERTIFICATE OF SERVICE**

       I, Kristen E. Hudson, an attorney, hereby certify that the **Application to Appear Pro Hac Vice** was filed electronically with the Clerk of the Court using the CM/ECF system on this 17th day of August, 2007, which will automatically send email notifications of such filing to the registered parties. I also certify that on August 17, 2007, I served the attached **Application to Appear Pro Hac Vice** via First Class U.S. Mail upon the parties named below:

Thomas A. Zimmerman Jr., Esq.
Hugh J. Green, Esq.
Zimmerman and Associates, PC
100 W. Monroe Street
Suite 1300
Chicago, IL 60613

/s Kristen E. Hudson

3