UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KARIN DUDZIENSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 3813 |
| | ) | |
| BCBG MAX AZRIA GROUP, INC. d/b/a | ) | Judge Milton I. Shadur |
| BCBG Max Azria, BCBG MAX AZRIA | ) | |
| HOLDINGS, INC. d/b/a BCBG Max Azria, | ) | Magistrate Judge Morton Denlow |
| BCBG MAX AZRIA INTERNATIONAL | ) | |
| HOLDINGS, INC. d/b/a BCBG Max Azria, | ) | |
| and DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   See Attached Service List

PLEASE TAKE NOTICE THAT on **Friday, August 24, 2007 at 11:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Milton I. Shadur, or any judge who may be sitting in his stead, in Room 2303 of the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and present the Defendants' Application for Leave to Appear Pro Hac Vice, a copy of which is hereby served upon you.

Dated:  August 17, 2007                    Respectfully submitted,

s/ Kristen E. Hudson (ARDC #6281191)
Local Counsel for Defendants

Jennifer A. Waters – ARDC#6277321
Kristen E. Hudson – ARDC#6281191
Schopf & Weiss LLP
One South Wacker Drive, Suite 2800
Chicago, Illinois  60606
Telephone: 312.701.9300

## **CERTIFICATE OF SERVICE**

I, Kristen E. Hudson, an attorney, hereby state that the attached **Notice of Motion** was filed electronically with the Clerk of the Court using the CM/ECF system on this 17th day of August, 2007, which will automatically send email notifications of such filing to registered parties. I also certify that on August 17, 2007, I served the attached **Notice of Motion** via First Class U.S. Mail upon the parties named below:

Thomas A. Zimmerman Jr., Esq.
Hugh J. Green, Esq.
Zimmerman and Associates, P.C.
100 West Monroe
Suite 1300
Chicago, Illinois 60603

s/Kristen E. Hudson