**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Karin Dudzienski
                              Plaintiff,

v.                                                      Case No.: 1:07−cv−03813
                                                                Honorable Milton I. Shadur

BCBG Max Azria Group, Inc., et al.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 24, 2007:

      MINUTE entry before Judge Milton I. Shadur :Status hearing held on 8/24/2007, Telephonic Status hearing set for 9/6/2007 at 01:00 PM. Defendants' motion to reassign is to be filed on or before August 31, 2007.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.