UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KARIN DUDZIENSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 3813 |
| | ) | |
| BCBG MAX AZRIA GROUP, INC. d/b/a BCBG Max Azria, BCBG MAX AZRIA HOLDINGS, INC. d/b/a BCBG Max Azria, BCBG MAX AZRIA INTERNATIONAL HOLDINGS, INC. d/b/a BCBG Max Azria, and DOES 1-10, | ) ) ) ) ) ) ) ) | Judge Milton I. Shadur<br><br>Magistrate Judge Morton Denlow |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   See Attached Service List

PLEASE TAKE NOTICE THAT on **Friday, September 7, 2007 at 1:00 p.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Milton I. Shadur, or any judge who may be sitting in his stead, in Room 2303 of the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and present the **The BCBG Entities' Motion To Transfer Pursuant To 28 U.S.C. § 1404(a) and Memorandum of Law in Support of the Motion to Transfer**, a copy of which is hereby served upon you.

Dated:  August 31, 2007

Respectfully submitted,

s/ Kristen E. Hudson (ARDC #6281191)
Local Counsel for Defendants
BCBG Max Azria Group, Inc.; BCBG Max Azria Holdings, Inc.; BCBG Max Azria International Holdings, Inc

| | |
|---|---|
| Jennifer A. Waters – ARDC#6277321<br>Kristen E. Hudson – ARDC#6281191<br>Schopf & Weiss LLP<br>One South Wacker Drive, Suite 2800<br>Chicago, Illinois  60606<br>Tele: 312.701.9300<br>Fax: 312.701.9335 | Scott J. Ferrell, *Pro Hac Vice*<br>Scot D. Wilson, *Pro Hac Vice*<br>Rafik Mattar, *Pro Hac Vice*<br>CALL, JENSEN & FERRELL<br>610 Newport Center Drive, Suite 700<br>Newport Beach, CA 92660<br>Tel: 949.717.3000<br>Fax: 949.717.3100 |

2

**CERTIFICATE OF SERVICE**

I, Kristen E. Hudson, an attorney, hereby state that the attached **Notice of Motion** was filed electronically with the Clerk of the Court using the CM/ECF system on this 31st day of August, 2007, which will automatically send email notifications of such filing to registered parties. I also certify that on August 31, 2007, I served the attached **Notice of Motion** via First Class U.S. Mail upon the parties named below:

>Thomas A. Zimmerman Jr., Esq.
>Hugh J. Green, Esq.
>Zimmerman and Associates, P.C.
>100 West Monroe
>Suite 1300
>Chicago, Illinois 60603

s/ Kristen E. Hudson