**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Karin Dudzienski
                                    Plaintiff,

v.                                                Case No.: 1:07−cv−03813
                                                           Honorable Milton I. Shadur

BCBG Max Azria Group, Inc., et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 7, 2007:

      MINUTE entry before Judge Milton I. Shadur :Status hearing held on 9/7/2007. Defendants' answer is due on or before September 11, 2007.Status hearing set for 10/4/2007 at 01:00 PM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.