UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KARIN DUDZIENSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 3813 |
| | ) | |
| BCBG MAX AZRIA GROUP, INC. d/b/a BCBG Max Azria, BCBG MAX AZRIA HOLDINGS, INC. d/b/a BCBG Max Azria, BCBG MAX AZRIA INTERNATIONAL HOLDINGS, INC. d/b/a BCBG Max Azria, and DOES 1-10, | ) ) ) ) ) ) ) | Judge Milton I. Shadur

Magistrate Judge Morton Denlow |
| Defendants. | ) | |

## NOTICE OF FILING

TO:   See attached Certificate of Service

   PLEASE TAKE NOTICE that on **September 13, 2007,** we filed with the Clerk of the United States District Court for the Northern District of Illinois **Defendants' Federal Rule of Civil Procedure 7.1 Corporate Party Disclosure Statement and Local Rule 3.2 Notification of Affiliates Statement**, a copy of which is attached and hereby served upon you.

Dated:  September 13, 2007            Respectfully submitted,

                        s/ Kristen E. Hudson (ARDC #6281191)
                        Local Counsel for Defendants
                        BCBG Max Azria Group, Inc.; BCBG Max Azria
                        Holdings, Inc.; BCBG Max Azria International
                        Holdings, Inc

| | |
|---|---|
| Jose A. Lopez – ARDC#6229739 | Scott J. Ferrell, *Pro Hac Vice* |
| Jennifer A. Waters – ARDC#6277321 | Scot D. Wilson, *Pro Hac Vice* |
| Kristen E. Hudson – ARDC#6281191 | Rafik Mattar, *Pro Hac Vice* |
| Schopf & Weiss LLP | CALL, JENSEN & FERRELL |
| One South Wacker Drive, Suite 2800 | 610 Newport Center Drive, Suite 700 |
| Chicago, Illinois  60606 | Newport Beach, CA 92660 |
| Tele: 312.701.9300 | Tel: 949.717.3000 |
| Fax: 312.701.9335 | Fax: 949.717.3100 |

173123_1.DOC

## CERTIFICATE OF SERVICE

I, Kristen E. Hudson, an attorney, hereby state that the attached **Notice of Filing** was filed electronically with the Clerk of the Court using the CM/ECF system on this 13th day of September 2007, which will automatically send email notifications of such filing to registered parties. I also certify that on September 13, 2007, I served the attached **Notice of Filing** via First Class U.S. Mail upon the parties named below:

> Thomas A. Zimmerman Jr., Esq.
> Hugh J. Green, Esq.
> Zimmerman and Associates, P.C.
> 100 West Monroe
> Suite 1300
> Chicago, Illinois 60603

s/ Kristen E. Hudson