# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Karin Dudzienski

        Plaintiff,

v.             Case No.: 1:07–cv–03813

              Honorable Milton I. Shadur

BCBG Max Azria Group, Inc., et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 18, 2007:

   MINUTE entry before Judge Milton I. Shadur :On or before October 1, 2007, Plaintiff's counsel is to file a response to the 1404a transfer motion to enable this Court to address it at the October 4 status hearing.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.