## CERTIFICATE OF SERVICE

      I, Tom Zimmerman, an attorney, certify that I served the foregoing *Plaintiff's Response to Defendants' Motion to Transfer Pursuant to 28 U.S.C. § 1404(a)*, upon:

| | |
|---|---|
| Scott J. Ferrell | Jennifer A. Waters |
| Scot D. Wilson | Kristen E. Hudson |
| Rafik Mattar | Schopf & Weiss LLP |
| Call, Jensen & Ferrell | One South Wacker Drive |
| 610 Newport Center Drive | Suite 2800 |
| Suite 700 | Chicago, Illinois 60606 |
| Newport Beach, California 92660 | Fax: 312.701.9335 |
| Fax: 949.717.3100 | |

via the U.S. District Court's ECF system, prior to 4:30 p.m. on October 2, 2007.

                                                                                          s/ Tom Zimmerman

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.  Executed on October 2, 2007.