**UNITED STATES DISTRICT COURT**
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Karin Dudzienski
                                Plaintiff,

v.                                          Case No.: 1:07−cv−03813
                                                      Honorable Milton I. Shadur

BCBG Max Azria Group, Inc., et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 4, 2007:

      MINUTE entry before Judge Milton I. Shadur :Status hearing held on 10/4/2007. Defendants' motion to transfer is further entered and continued.Status hearing set for 10/29/2007 at 08:45 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.