**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Karin Dudzienski

                                       Plaintiff,

v.                                                                                                        Case No.: 1:07−cv−03813
                                                                                                        Honorable Milton I. Shadur

BCBG Max Azria Group, Inc., et al.

                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 29, 2007:

      MINUTE entry before Judge Milton I. Shadur :Status hearing held on 10/29/2007.Telephonic Status hearing set for 11/15/2007 at 08:45 AM. Defendant is to designate a 30(b)(6) witness and the depostion is to be completed by November 15, 2007.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.