UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KARIN DUDZIENSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 3813 |
| | ) | |
| BCBG MAX AZRIA GROUP, INC. d/b/a | ) | Judge Milton I. Shadur |
| BCBG Max Azria, BCBG MAX AZRIA | ) | |
| HOLDINGS, INC. d/b/a BCBG Max Azria, | ) | Magistrate Judge Morton Denlow |
| BCBG MAX AZRIA INTERNATIONAL | ) | |
| HOLDINGS, INC. d/b/a BCBG Max Azria, | ) | |
| and DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:    See attached Certificate of Service

PLEASE TAKE NOTICE that on **November 14, 2007,** we filed with the Clerk of the United States District Court for the Northern District of Illinois **BCBG's Motion for Leave to File Supplemental Materials in Further Support of Its Motion to Transfer**, a copy of which is attached and hereby served upon you.

Dated:  November 14, 2007              Respectfully submitted,

                                       s/ Kristen E. Hudson (ARDC #6281191)
                                       Local Counsel for Defendants
                                       BCBG Max Azria Group, Inc.; BCBG Max Azria
                                       Holdings, Inc.; BCBG Max Azria International
                                       Holdings, Inc

Jose A. Lopez – ARDC#6229739          Scott J. Ferrell, *Pro Hac Vice*
Jennifer A. Waters – ARDC#6277321     Scot D. Wilson, *Pro Hac Vice*
Kristen E. Hudson – ARDC#6281191      Rafik Mattar, *Pro Hac Vice*
Schopf & Weiss LLP                    CALL, JENSEN & FERRELL
One South Wacker Drive, Suite 2800    610 Newport Center Drive, Suite 700
Chicago, Illinois  60606              Newport Beach, CA 92660
Tele: 312.701.9300                    Tel: 949.717.3000
Fax: 312.701.9335                     Fax: 949.717.3100

## <u>CERTIFICATE OF SERVICE</u>

       I, Kristen E. Hudson, an attorney, hereby state that the attached **Notice of Filing** was filed electronically with the Clerk of the Court using the CM/ECF system on this 14th day of September 2007, which will automatically send email notifications of such filing to registered parties.  I also certify that on November 14, 2007, I served the attached **Notice of Filing** via First Class U.S. Mail upon the parties named below:

Thomas A. Zimmerman Jr., Esq.<br>
Hugh J. Green, Esq.<br>
Zimmerman and Associates, P.C.<br>
100 West Monroe<br>
Suite 1300<br>
Chicago, Illinois 60603

s/ Kristen E. Hudson