DENLOW, TERMED, TRANSFER

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:07-cv-03813

| | |
|---|---|
| Dudzienski v. BCBG Max Azria Group, Inc. et al | Date Filed: 07/06/2007 |
| Assigned to: Honorable Milton I. Shadur | Date Terminated: 11/15/2007 |
| Cause: 15:1681 Fair Credit Reporting Act | Jury Demand: Plaintiff |
| | Nature of Suit: 480 Consumer Credit |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Karin Dudzienski**  represented by  **Thomas A. Zimmerman, Jr.**
Zimmerman Law Offices, P.C.
100 West Monroe
Suite 1300
Chicago, IL 60603
(312)440-0020
Email: tom@attorneyzim.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hugh J. Green**
Zimmerman Law Offices, P.C.
100 W. Monroe Street
Suite 1300
Chicago, IL 60603
(312) 440-0020
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**BCBG Max Azria Group, Inc.**  represented by  **Jennifer A Waters**
*a California corporation, individually doing business as*
BCBG Max Azria
Schopf & Weiss LLP
One South Wacker Drive
28th Floor
Chicago, IL 60606
(312) 701-9300
Fax: (312) 701-9335
Email: waters@sw.com
*ATTORNEY TO BE NOTICED*

**Jose A. Lopez**
Schopf & Weiss LLP
One South Wacker Drive
28th Floor

Chicago, IL 60606
(312) 701-9300
Email: lopez@sw.com
*ATTORNEY TO BE NOTICED*

**Kristen Elizabeth Hudson**
Schopf & Weiss LLP
One South Wacker Drive
28th Floor
Chicago, IL 60606
(312) 701-9300
Email: hudson@sw.com
*ATTORNEY TO BE NOTICED*

**Rafik Mattar**
Call, Jensen & Ferrell, APC
610 Newport Center Drive
Suite 700
Newport Beach, CA 92660
949 717 3000
Email: rmattar@calljensen.com
*ATTORNEY TO BE NOTICED*

**Scot D. Wilson**
Call, Jensen & Ferrell, APC
610 Newport Center Drive
Suite 700
Newport Beach, CA 92660
949 717 3000
Email: swilson@calljensen.com
*ATTORNEY TO BE NOTICED*

**Scott J. Ferrell**
Call, Jensen & Ferrell, APC
610 Newport Center Drive
Suite 700
Newport Beach, CA 92660
949 717 3000
Email: sferrell@calljensen.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**BCBG Maxazria Holdings, Inc.**　　represented by　**Jennifer A Waters**
*a California corporation, individually*　　(See above for address)
*doing business as*　　*ATTORNEY TO BE NOTICED*
BCBG Max Azria

**Jose A. Lopez**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **Kristen Elizabeth Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **Rafik Mattar**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **Scot D. Wilson**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **Scott J. Ferrell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**BCBG Maxazria International Holdings, Inc.**
*a California corporation, individually doing business as*
BCBG Max Azria

represented by **Jennifer A Waters**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **Jose A. Lopez**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **Kristen Elizabeth Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **Rafik Mattar**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **Scot D. Wilson**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **Scott J. Ferrell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does**
*1-10*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/06/2007 | 1 | COMPLAINT filed by Karin Dudzienski; Jury Demand.(gej, ) (Entered: 07/10/2007) |

| | | |
|---|---|---|
| 07/06/2007 | 2 | CIVIL Cover Sheet (gej, ) (Entered: 07/10/2007) |
| 07/06/2007 | 3 | ATTORNEY Appearance for Plaintiff Karin Dudzienski by Thomas A. Zimmerman, Jr. (gej, ) (Entered: 07/10/2007) |
| 07/06/2007 | 4 | ATTORNEY Appearance for Plaintiff Karin Dudzienski by Hugh J. Green. (gej, ) (Entered: 07/10/2007) |
| 07/13/2007 | 6 | MINUTE entry before Judge Milton I. Shadur :Status hearing set for 8/24/2007 at 09:00 AM.Mailed notice (srn, ) (Entered: 07/13/2007) |
| 08/13/2007 | 7 | WAIVER OF SERVICE returned executed by Karin Dudzienski. BCBG Maxazria International Holdings, Inc. waiver sent on 7/11/2007, answer due 9/10/2007. (Zimmerman, Thomas) (Entered: 08/13/2007) |
| 08/15/2007 | 8 | MINUTE entry before Judge Milton I. Shadur :Status hearing reset for 8/24/2007 at 11:00 AM. so that California counsel may participate by telephone.Mailed notice (srn, ) (Entered: 08/15/2007) |
| 08/16/2007 | 9 | ATTORNEY Appearance for Defendants BCBG Max Azria Group, Inc., BCBG Maxazria Holdings, Inc., BCBG Maxazria International Holdings, Inc. by Jennifer A Waters (Waters, Jennifer) (Entered: 08/16/2007) |
| 08/16/2007 | 10 | ATTORNEY Appearance for Defendants BCBG Max Azria Group, Inc., BCBG Maxazria Holdings, Inc., BCBG Maxazria International Holdings, Inc. by Kristen Elizabeth Hudson (Hudson, Kristen) (Entered: 08/16/2007) |
| 08/17/2007 | 11 | MOTION by Defendants BCBG Max Azria Group, Inc., BCBG Maxazria Holdings, Inc., BCBG Maxazria International Holdings, Inc. for leave to file *Application for Pro Hac Vice* (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B# 3 Exhibit Exhibit C)(Hudson, Kristen) (Entered: 08/17/2007) |
| 08/17/2007 | 12 | NOTICE of Motion by Kristen Elizabeth Hudson for presentment of motion for leave to file, 11 before Honorable Milton I. Shadur on 8/24/2007 at 11:00 AM. (Hudson, Kristen) (Entered: 08/17/2007) |
| 08/21/2007 | 13 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of BCBG Max Azria Group, Inc., BCBG Maxazria Holdings, Inc., BCBG Maxazria International Holdings, Inc. by Scott J. Ferrell; Order entered granting leave by Judge Milton I. Shadur. Filing fee $ 50 paid, receipt number 10340957. (gej, ) (Entered: 08/22/2007) |
| 08/21/2007 | 14 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of BCBG Max Azria Group, Inc., BCBG Maxazria Holdings, Inc., BCBG Maxazria International Holdings, Inc. by Scot D. Wilson; Order entered granting leave by Judge Milton I. Shadur. Filing fee $ 50 paid, receipt number 10340957. (gej, ) (Entered: 08/22/2007) |
| 08/21/2007 | 15 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of BCBG Max Azria Group, Inc., BCBG Maxazria Holdings, Inc., BCBG Maxazria International Holdings, Inc. by Rafik Mattar; Order entered granting leave by Judge Milton I. Shadur. Filing fee $ 50 paid, receipt number |

| | | |
|---|---|---|
| | | 10340957. (gej, ) (Entered: 08/22/2007) |
| 08/24/2007 | 16 | MINUTE entry before Judge Milton I. Shadur :Status hearing held on 8/24/2007, Telephonic Status hearing set for 9/6/2007 at 01:00 PM. Defendants' motion to reassign is to be filed on or before August 31, 2007.Mailed notice (srn, ) (Entered: 08/24/2007) |
| 08/31/2007 | 17 | MINUTE entry before Judge Milton I. Shadur :Status hearing reset for 9/7/2007 at 01:00 PM. The September 6 status date is vacated.Mailed notice (srn, ) (Entered: 08/31/2007) |
| 08/31/2007 | 18 | MOTION by Defendants BCBG Max Azria Group, Inc., BCBG Maxazria Holdings, Inc., BCBG Maxazria International Holdings, Inc. to transfer case (Hudson, Kristen) (Entered: 08/31/2007) |
| 08/31/2007 | 19 | MEMORANDUM motion to transfer case18 by BCBG Max Azria Group, Inc., BCBG Maxazria Holdings, Inc., BCBG Maxazria International Holdings, Inc. *Memorandum of Law in Support of Motion to Transfer* (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C1# 4 Exhibit C2# 5 Exhibit C3# 6 Exhibit C4)(Hudson, Kristen) (Entered: 08/31/2007) |
| 08/31/2007 | 20 | NOTICE of Motion by Kristen Elizabeth Hudson for presentment of motion to transfer case18 before Honorable Milton I. Shadur on 9/7/2007 at 01:00 PM. (Hudson, Kristen) (Entered: 08/31/2007) |
| 09/05/2007 | 21 | AMENDED memorandum, 19 by BCBG Max Azria Group, Inc., BCBG Maxazria Holdings, Inc., BCBG Maxazria International Holdings, Inc. *Amended Exhibit B to Defendants' Memorandum* (Hudson, Kristen) (Entered: 09/05/2007) |
| 09/05/2007 | 22 | NOTICE by BCBG Max Azria Group, Inc., BCBG Maxazria Holdings, Inc., BCBG Maxazria International Holdings, Inc. re amended document21 *Notice of Filing of Amended Exhibit B to Memorandum* (Hudson, Kristen) (Entered: 09/05/2007) |
| 09/07/2007 | 23 | MINUTE entry before Judge Milton I. Shadur :Status hearing held on 9/7/2007. Defendants' answer is due on or before September 11, 2007.Status hearing set for 10/4/2007 at 01:00 PM.Mailed notice (srn, ) (Entered: 09/07/2007) |
| 09/10/2007 | 24 | ATTORNEY Appearance for Defendants BCBG Max Azria Group, Inc., BCBG Maxazria Holdings, Inc., BCBG Maxazria International Holdings, Inc. by Jose A. Lopez (Lopez, Jose) (Entered: 09/10/2007) |
| 09/11/2007 | 25 | ANSWER to Complaint *and Affirmative Defenses* by BCBG Max Azria Group, Inc., BCBG Maxazria Holdings, Inc., BCBG Maxazria International Holdings, Inc.(Hudson, Kristen) (Entered: 09/11/2007) |
| 09/11/2007 | 26 | NOTICE by BCBG Max Azria Group, Inc., BCBG Maxazria Holdings, Inc., BCBG Maxazria International Holdings, Inc. re answer to complaint25 (Hudson, Kristen) (Entered: 09/11/2007) |
| 09/12/2007 | 27 | MINUTE entry before Judge Milton I. Shadur :Enter Memorandum |

| | | |
|---|---|---|
| | | Order. The last sentence of Answer paragraph 2 is stricken. AD 4 is stricken as well.Mailed notice (srn, ) (Entered: 09/12/2007) |
| 09/12/2007 | 28 | MEMORANDUM Order Signed by Judge Milton I. Shadur on 9/12/2007:Mailed notice(srn, ) (Entered: 09/12/2007) |
| 09/13/2007 | 29 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by BCBG Max Azria Group, Inc., BCBG Maxazria Holdings, Inc., BCBG Maxazria International Holdings, Inc. (Hudson, Kristen) (Entered: 09/13/2007) |
| 09/13/2007 | 30 | NOTICE by BCBG Max Azria Group, Inc., BCBG Maxazria Holdings, Inc., BCBG Maxazria International Holdings, Inc. re notification of affiliates pursuant to local rule 3.2 29 (Hudson, Kristen) (Entered: 09/13/2007) |
| 09/18/2007 | 31 | MINUTE entry before Judge Milton I. Shadur :On or before October 1, 2007, Plaintiff's counsel is to file a response to the 1404a transfer motion to enable this Court to address it at the October 4 status hearing.Mailed notice (srn, ) (Entered: 09/18/2007) |
| 10/02/2007 | 32 | RESPONSE by Karin Dudzienskiin Opposition to MOTION by Defendants BCBG Max Azria Group, Inc., BCBG Maxazria Holdings, Inc., BCBG Maxazria International Holdings, Inc. to transfer case 18 (Zimmerman, Thomas) (Entered: 10/02/2007) |
| 10/02/2007 | 33 | CERTIFICATE of Service by Plaintiff Karin Dudzienski regarding response in opposition to motion 32 (Zimmerman, Thomas) (Entered: 10/02/2007) |
| 10/02/2007 | 34 | MOTION by Plaintiff Karin Dudzienski for extension of time to file response/reply as to response in opposition to motion 32 (Zimmerman, Thomas) (Entered: 10/02/2007) |
| 10/02/2007 | 35 | CERTIFICATE of Service by Plaintiff Karin Dudzienski regarding MOTION by Plaintiff Karin Dudzienski for extension of time to file response/reply as to response in opposition to motion 32 34 (Zimmerman, Thomas) (Entered: 10/02/2007) |
| 10/04/2007 | 36 | MINUTE entry before Judge Milton I. Shadur :Status hearing held on 10/4/2007. Defendants' motion to transfer is further entered and continued.Status hearing set for 10/29/2007 at 08:45 AM.Mailed notice (srn, ) (Entered: 10/04/2007) |
| 10/29/2007 | 37 | MINUTE entry before Judge Milton I. Shadur :Status hearing held on 10/29/2007.Telephonic Status hearing set for 11/15/2007 at 08:45 AM. Defendant is to designate a 30(b)(6) witness and the depostion is to be completed by November 15, 2007.Mailed notice (srn, ) (Entered: 10/29/2007) |
| 11/14/2007 | 38 | MOTION by Defendants BCBG Max Azria Group, Inc., BCBG Maxazria Holdings, Inc., BCBG Maxazria International Holdings, Inc. for leave to file *Supplemental Materials in Further Support of Their Motion to Transfer* (Attachments: # 1 Exhibit A# 2 Exhibit B)(Hudson, Kristen) (Entered: 11/14/2007) |

| | | |
|---|---|---|
| 11/14/2007 | [39](#) | NOTICE by BCBG Max Azria Group, Inc., BCBG Maxazria Holdings, Inc., BCBG Maxazria International Holdings, Inc. re MOTION by Defendants BCBG Max Azria Group, Inc., BCBG Maxazria Holdings, Inc., BCBG Maxazria International Holdings, Inc. for leave to file *Supplemental Materials in Further Support of Their Motion to Transfer*38 (Hudson, Kristen) (Entered: 11/14/2007) |
| 11/15/2007 | [40](#) | MINUTE entry before Judge Milton I. Shadur :Status hearing held. Defendant's motion for leave to file supplemental materials is granted. (38-1) For the reasons stated orally in open court, defendants' motion to transfer pursuant to 28 U.S.C. §1404(A) is granted. (18-1) The Clerk is directed to transfer this action to the United States District Court for the Northern District of California. In accordance with this Court's LR 83.4, the Clerk is directed to transfer this action forthwith.Mailed notice (gej, ) (Entered: 11/16/2007) |
| 11/16/2007 | [41](#) | TRANSFERRED to the USDC-Northern District of California (San Francisco) the original electronic file, certified copy of transfer order, and docket sheet via certified mail number 7006 0100 0001 7312 8435. (gej, ) (Entered: 11/16/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/06/2007 12:02:21 | | | |
| **PACER Login:** | us4077 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:07-cv-03813 |
| **Billable Pages:** | 5 | **Cost:** | 0.40 |