**United States District Court**
**Northern District of California**

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Dudzienski, | 07-06054 WHA |
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| BCBG Max Azria Group, Inc., | |
| Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-06054 WHA                                              -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: February 20, 2008

                                    RICHARD W. WIEKING
                                    Clerk
                                    by:    Timothy J. Smagacz

                                    *Timothy Smagacz* (signature)
                                    ADR Administrative Assistant
                                    415-522-4205
                                    Tim_Smagacz@cand.uscourts.gov

*(left margin, vertical: United States District Court, Northern District of California)*

**Notice Re: Noncompliance With Court Order**
07-06054 WHA                                               -2-

PROOF OF SERVICE

Case Name:        Dudzienski v. BCBG Max Azria Group, Inc.

Case Number:      07-06054 WHA

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On February 20, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Thomas A. Zimmerman Jr.
> Zimmerman and Associates
> 100 West Monroe
> Suite 1300
> Chicago, IL 60603
>
> Hugh J. Green
> Zimmerman & Associates, PC
> 100 W. Monroe St., Suite 1300
> Chicago, IL 60613
>
> Rafik Mattar
> Call, Jensen & Ferrell
> 610 Newport Center Drive
> Suite 700
> Newport Beach, CA 92660
> rmattar@calljensen.com
>
> Jose A. Lopez
> Schopf & Weiss LLP
> One South Wacker Dr., 28th Fl.

Chicago, IL 60606
lopez@sw.com

Scott J. Ferrell
Call Jensen & Ferrell
610 Newport Center Drive
Suite 700
Newport Beach, CA 92660
sferrell@calljensen.com

Kristen Elizabeth Hudson
Schofp & Weiss LLP
One South Wacker Dr., 28th Fl.
Chicago, IL 60606
hudson@sw.com

Jennifer A. Waters
Schopf & Weiss LLP
One South Wacker Dr., 28th Fl.
Chicago, IL 60606
waters@sw.com

Scot Donaldson Wilson
Call, Jensen & Ferrell
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
swilson@calljensen.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 20, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:     Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov