CALL, JENSEN & FERRELL
A Professional Corporation
SCOTT J. FERRELL (SBN 202091)
SCOT D. WILSON (SBN 223367)
RAFIK MATTAR (SBN 231292)
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel.: (949) 717-3000
Fax: (949) 717-3100
sferrell@calljensen.com
swilson@calljensen.com
rmattar@calljensen.com

Attorneys for Defendants BCBG Max Azria Group, Inc., BCBG Maxazria Holdings, Inc. and BCBG Maxazria International Holdings, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karin Dudzienski,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BCBG Max Azria Group, Inc., BCBG Maxazria Holdings, Inc. and BCBG Maxazria International Holdings, Inc.<br><br>　　　　Defendants. | Case No. 07-06054 WHA<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br><br><br>Complaint Filed:  07/06/07<br>Trial Date:　　　 None Set |

BCB01-11:352009_1:3-4-08                              - 1 -
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
07-06054 WHA

# **STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Karin Dudzienski and Defendants BCBG Max Azria Group, Inc., BCBG Max Azria Holdings, Inc., and BCBG Max Azria International Holdings, Inc., hereby stipulate and agree to the dismissal of Plaintiff Karin Dudzienski's individual claims against all Defendants with prejudice, and with each party bearing its own costs and fees. Plaintiff's putative class claims against all Defendants are dismissed without prejudice to the rights of any of the members of the putative class, and with each party bearing its own costs and fees.

Dated:  March 4, 2008              ZIMMERMAN AND ASSOCIATES, P.C.
                                   THOMAS A. ZIMMERMAN, JR.


                                   By:  _s/ Thomas A. Zimmerman, Jr.____
                                        Thomas A. Zimmerman, Jr
                                   Attorneys for Plaintiff Karin Dudzienski


Dated:  March 4, 2008              CALL, JENSEN & FERRELL
                                   SCOTT J. FERRELL
                                   SCOT D. WILSON
                                   RAFIK MATTAR


                                   By:  _s/ Scott J. Ferrell_____
                                        Scott J. Ferrell
                                   Attorneys for Defendants BCBG Max Azria
                                   Group, Inc., BCBG Maxazria Holdings, Inc. and
                                   BCBG Maxazria International Holdings, Inc.

# ORDER

**IT IS HEREBY ORDERED** that Plaintiff Karin Dudzienski's ("Plaintiff") individual claims against Defendants BCBG Max Azria Group, Inc., BCBG Max Azria Holdings, Inc., and BCBG Max Azria International Holdings, Inc. ("Defendants") be dismissed with prejudice, and with each party bearing its own costs and fees. Plaintiff's putative class claims against all Defendants are dismissed without prejudice to the rights of any of the members of the putative class and each party shall bear its own costs and fees.

Dated:_____        _____
                                     Hon. William Alsup
                                     U.S. District Court Judge