CALL, JENSEN & FERRELL
A Professional Corporation
SCOTT J. FERRELL (SBN 202091)
SCOT D. WILSON (SBN 223367)
RAFIK MATTAR (SBN 231292)
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel.: (949) 717-3000
Fax: (949) 717-3100
sferrell@calljensen.com
swilson@calljensen.com
rmattar@calljensen.com

Attorneys for Defendants BCBG Max Azria Group, Inc. BCBG Maxazria Holdings, Inc., BCBG Maxazria International Holdings, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karin Dudzienski, | Case No. 07-06054 WHA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| BCBG Max Azria Group, Inc. BCBG Maxazria Holdings, Inc., BCBG Maxazria International Holdings, Inc. | |
| Defendants. | |
| | Complaint Filed: 07/06/07<br>Trial Date:  None Set |

CALL, JENSEN & FERRELL
A PROFESSIONAL CORPORATION

# CERTIFICATE OF SERVICE
(United States District Court)

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 610 Newport Center Drive, Suite 700, Newport Beach, CA 92660.

On March 4, 2008, I have served the foregoing document described as **STIPULATION OF DISMISSAL** on the following person(s) in the manner(s) indicated below:

## SEE ATTACHED SERVICE LIST

**[ X ]** (BY ELECTRONIC SERVICE) I am causing the document(s) to be served on the Filing User(s) through the Court's Electronic Filing System.

**[ X ]** (BY MAIL) I am familiar with the practice of Call, Jensen & Ferrell for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On this date, a copy of said document was placed in a sealed envelope, with postage fully prepaid, addressed as set forth herein, and such envelope was placed for collection and mailing at Call, Jensen & Ferrell, Newport Beach, California, following ordinary business practices.

**[ ]** (BY OVERNIGHT SERVICE) I am familiar with the practice of Call, Jensen & Ferrell for collection and processing of correspondence for delivery by overnight courier. Correspondence so collected and processed is deposited in a box or other facility regularly maintained by the overnight service provider the same day in the ordinary course of business. On this date, a copy of said document was placed in a sealed envelope designated by the overnight service provider with delivery fees paid or provided for, addressed as set forth herein, and such envelope was placed for delivery by the overnight service provider at Call, Jensen & Ferrell, Newport Beach, California, following ordinary business practices.

**[ ]** (BY FACSIMILE TRANSMISSION) On this date, at the time indicated on the transmittal sheet, I transmitted from a facsimile transmission machine, which telephone number is (949) 717-3100, the document described above and a copy of this declaration to the person, and at the facsimile transmission telephone numbers, set forth herein. The above-described transmission was reported as complete and without error by a properly issued transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission.

**[ ]** (BY E-MAIL) I transmitted the foregoing document(s) by e-mail to the addressee(s) at the e-mail address(s) indicated.

CALL, JENSEN & FERRELL
A PROFESSIONAL CORPORATION

**[ X ]**  (FEDERAL)  I declare that I am a member of the Bar and a registered Filing User for this District of the United States District Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Certificate is executed on March 4, 2008, at Newport Beach, California.

*s/Rafik Mattar*_____

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

# SERVICE LIST

| | |
|---|---|
| Thomas A. Zimmerman, Jr.<br>Zimmerman and Associates, P.C.<br>100 West Monroe Street, Suite 1300<br>Chicago, IL 60603<br>Tel.: (312) 440-0020<br>www.attorneyzim.com<br>(by mail) | **Attorneys for Plaintiff** |
| Kristen E. Hudson, Esq.<br>Jose A. Lopez, Esq.<br>Jennifer A. Waters, Esq.<br>Schopf & Weiss LLP<br>One South Wacker Drive, 28th Floor<br>Chicago, IL 60606<br>Tel.: (312) 701-9300<br>Fax: (312) 701-9335<br>Hudson@sw.com<br>lopez@sw.com<br>waters@sw.com | **Attorneys for Defendants** |